Steven G. Mesaros, #009215
Timothy R. Grimm, #019110
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
(602) 307-9900
Attorneys for Defendant Client Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Danforth, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Client Services, Inc., a Missouri corporation,<br><br>　　　　　Defendant. | No. CV08-02237-PHX-ROS<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties above-named, through their undersigned attorneys, that the above-entitled and numbered cause be dismissed with prejudice, each party to bear their own costs.

RESPECTFULLY SUBMITTED this  24th  day of March, 2009.

　　　　　　　　　　　　　　　　RENAUD COOK DRURY MESAROS, PA

　　　　　　　　　　　　　　　　By: */s/ Timothy R. Grimm*
　　　　　　　　　　　　　　　　　　Steven G. Mesaros
　　　　　　　　　　　　　　　　　　Timothy R. Grimm
　　　　　　　　　　　　　　　　One North Central, Suite 900
　　　　　　　　　　　　　　　　Phoenix, AZ  85004-4417
　　　　　　　　　　　　　　　　Attorneys for Defendant Client Services, Inc.


　　　　　　　　　　　　　　　　BYBEE LAW CENTER, PLC

　　　　　　　　　　　　　　　　By: */s/ Floyd W. Bybee (with permission)*
　　　　　　　　　　　　　　　　　　Floyd W. Bybee
　　　　　　　　　　　　　　　　4445 E. Holmes Avenue, Suite 107
　　　　　　　　　　　　　　　　Mesa, Arizona 85206-5530
　　　　　　　　　　　　　　　　Attorney for Plaintiff

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853

1  I hereby certify that on the __24th__ day of
   March, 2009, I electronically filed the
2  foregoing with the Clerk of the Court using
   the CM/ECF system which will send notification
3  of such filing to the following:

4  Honorable Roslyn O. Silver
   United States District Court
5  Sandra Day O'Connor U.S. Courthouse, Suite 624
   401 West Washington Street, SPC 59
6  Phoenix, Arizona  85003-2158

7

   */s/ C. Roundtree*
8

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853